IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE LOLA NASHAIA SOTO-ELLIOTT, and all LGBTQA community and native American's in the world; | 8:25CV423 |
| Plaintiff, | MEMORANDUM AND ORDER |
| vs. | |
| FACEBOOK C/O GROUP STALKER PAGE OF PROOF FIREFIGHTER NAVY SEAL FAN CLUB "ROBERT" YUKIE SOTO ELLIOTT, in there official capacity; UNITED STATE OF AMERICA, in official capacity; STATE OF NEBRASKA, in official capacity; DONALD TRUMP, United States president, in officail capacity; JD VANCE, United State Vice President, in official capacity; DEPARTMENT OF JUSTICE, in official capacity; JOHN RATCLIFFE, Director of the Central Intelligence Agency, in official capacity; PAM BONDI, Attorney General, in official capacity; KELLY LOEFFLER, Administrator of the Small Business Administration, in official capacity; LEE ZELDIN, Administrator of the Environmental Protection Agency, in official capacity; TULSI GABBARD, Director of National Intelligence, in official capacity; RUSS VOUGHT, Director of the Office of Management and Budget, in official capacity; BROOKE ROLLINS, Secretary of Agriculture, in official capacity; HOWARD LUTNICK, Secretary of Commerce, in official | |

capacity; ELISE STEFANIK, United States Ambassador to the United Nations, in official capacity; JAMIESON GREER, United States Trade Representative, in official capacity; SCOTT BESSENT, Secretary of the Treasury, in official capacity; PETE HEGSETH, Secretary of Defense; DOUG BURGUM, Secretary of the Interior, in official capacity; LORI CHAVEZ-DEREMER, Secretary of Labor, in official capacity; MARCO RUBIO, Secretary of State, in official capacity; DOUG COLLINS, Secretary of Veterans Affairs, iin official capacity; SEAN DUFFY, Secretary of Transportation, in official capacity; LINDA MCMAHON, Secretary of Education, in official capacity; CHRIS WRIGHT, Secretary of Energy, in official capacity; ROBERT F. KENNEDYJR., Secretary of Health and Human Services, in official capacity; KRISTI NOEM, Secretary of Homeland Security, in official capacity; SCOTT TURNER, Secretary of Housing and Urban Development, in official capacity; MIKE FLOOD, U.S. House Nebraska District 1 Republican, in official capacity; DON BACON, U.S. House Nebraska District 2 Republican, in official capacity; ADRIAN SMITH, U.S. House Nebraska District 3 Republican, in official capacity; JIM PILLEN, State of Nebraska Governor, in official capacity; DEB FISCHER, US state senator; PETE RICKETTS, Us state senator; and FBI, in their official capacity;

|  |  |
|---|---|
| Defendants. |  |

Plaintiff Yukie Lola Nashaia Soto-Elliott, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 1. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 30th day of June, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge